**IN THE SUPREME COURT OF PENNSYLVANIA
EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 168 EAL 2019
: 
Respondent :
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
v. :
:
:
TYRELL K. SMITH, :
:
Petitioner :

## ORDER

**PER CURIAM**

    **AND NOW**, this 19th day of August, 2019, the Petition for Allowance of Appeal is **DENIED**.